| | |
|---|---|
| 1 | **GEOFFREY V. WHITE (SBN. 068012)** |
|   | **LAW OFFICE OF GEOFFREY V. WHITE** |
| 2 | 351 California St., Suite 1500 |
|   | San Francisco, California 94104 |
| 3 | Telephone: (415) 362-5658 |
|   | Facsimile:  (415) 362-4115 |
| 4 | Email:  gvwhite@sprynet.com |
| 5 | Attorneys for Plaintiff |
| 6 | **DAVID T. WEI (SBN. 230729)** |
|   | **AXCEL LAW PARTNERS LLP** |
| 7 | Four Embarcadero Center, 14th Floor |
|   | San Francisco, CA. 94111 |
| 8 | Telephone: (415) 704-8800 |
|   | Facsimile:  (415) 704-8804 |
| 9 | Email:      dwei@ax-law.com |
| 10 | Attorneys for Defendant Bruce Horwitz, M.D. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **CARRIE JOHNS** | ) | Case No. 14-CV-0145 EDL |
| | ) | |
| **Plaintiff,** | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE CASE |
| **KELLY NG,** individually and as Plan fiduciary**; BRUCE HORWITZ, M.D.** individually and as Plan fiduciary**; BAR-K, INC.** a California corporation**; LEND, INC.** a California corporation**; BAR-K 401K PLAN,** | ) | MANAGEMENT CONFERENCE |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Pursuant to Civil L.R. 6-2, Plaintiff Carrie Johns and Defendant Bruce Horwitz, M.D. submit this Joint Stipulation and Proposed Order to continue the Initial Case Management Conference in the above-captioned matter, now set for April 8, 2014 at 10:00 a.m. for at least 30 days.  The parties stipulate as follows:

WHEREAS, the Complaint was filed on January 10, 2014.

WHEREAS, Plaintiff served the Complaint on Defendant Kelly Ng and the entity

STIPULATION AND PROPOSED ORDER RE CASE MANAGEMENT        Case No. 14-CV-0145 EDL

1  Defendants on March 5, 2014 (Dkt. 8) but said Defendants have not yet appeared.

2      WHEREAS, Plaintiff served Defendant Bruce Horwitz M.D. on March 11, 2014 and said
3  Defendant has requested additional time to respond to the Complaint.

4      WHEREAS, the parties and their counsel are informed and believe that the United States
5  Department of Labor is presently negotiating with the Defendants in this case regarding a
6  potential settlement of the issues raised in the Complaint herein.

7      WHEREAS, the parties have agreed that the Complaint herein shall be dismissed upon
8  the Department of Labor's conclusion of a settlement with Defendants.

9      THEREFORE, the parties wish to avoid unnecessary expense and aid judicial economy
10 by continuing the Case Management Conference herein for at least 30 days to allow the
11 Department of Labor to conclude a settlement of the issues raised in the Complaint.  There have
12 been no previous extensions of time.

13 Dated: March 26, 2014     LAW OFFICE OF GEOFFREY V. WHITE

14     ___/S/_____
15     Geoffrey V. White
    Attorney for Plaintiff

16

17 Dated: March 26, 2014     AXCEL LAW PARTNERS LLP

18     __/S/  (authorized March 26, 2014)_____
    David T. Wei
19     Attorney for Bruce Horwitz M.D.

20     **[PROPOSED] ORDER**

21     Pursuant to the above Stipulation, it is hereby ordered that the Initial Case Management
22 Conference in this matter shall be continued to May 6, _____ 2014. at 11:00 a.m.

23 Dated: March 26, 2014

24 _____
25 Elizabeth D. Laporte
Chief Magistrate Judge

26

27

28

STIPULATION AND PROPOSED ORDER RE CASE MANAGEMENT     Case No. 14-CV-0145 EDL