United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE JOHNS,<br>   Plaintiff,<br>  v.<br>KELLY NG, et al.,<br>   Defendants. | Case No.  14-cv-00145-VC<br><br>**ORDER GRANTING DEFAULT JUDGMENT**<br>Re:  Docket No. 35 |

 Plaintiff Carrie Johns' motion for entry of default judgment against Defendants Kelly Ng, Bar-K, Inc., and Lend, Inc. came on regularly for hearing before this Court on March 26, 2015 at 10:00 a.m., pursuant to Fed. R. Civ. Pro. Rule 55(b)(2).  Geoffrey V. White appeared as attorney for the plaintiff.  There was no appearance by or for the defendants.

 The plaintiff's complaint, an original summons, and all attachments were served on the defendants on March 25, 2014 pursuant to an affidavit of service filed with the Court. [Dkt. No. 8].  The defendants have failed to answer or otherwise respond to the complaint or appear in this action.  The defendants are neither minors nor incompetent persons, and are not in military service.  On April 23, 2014, the Clerk of this Court accordingly entered default against the defendants. [Dkt. No. 16].

 Although the defendants have not appeared in this action, notice of this motion has been served as otherwise required by Fed. Rule Civ. Pro. Rule 55(b)(2).  Notice of this motion for default judgment was served on Defendant Kelly Ng on February 19, 2015 by First-Class U.S. Mail, as shown by the Certificate of Service attached to the motion.  [Dkt. No. 35].

 After careful consideration of the plaintiff's motion, the declarations, and attached exhibits filed in support of the motion, and the documentation in the record, which are sufficient to

establish the plaintiff's measure of damages, and taking the allegations of the complaint as admitted, the Court finds that entry of default is warranted. *See Eitel v. McCool*, 782 F.2d 1470, 1471-92 (9th Cir. 1986).

Accordingly, the plaintiff's motion is granted as follows:

1. The plaintiff is entitled to judgment against Kelly Ng, Bar-K, Inc., and Lend, Inc. for breach of fiduciary duty under the Employee Retirement Income Security Act of 1974, as amended, and for pension benefits due under the terms of the Defendant Bar-K 401K Plan, together with interest and earnings thereon to the date of judgment.

2. The amount of the judgment against the defendants is the sum of $1,344,052.45, plus costs of $790.00, as set forth in the declarations of Carrie Johns and Geoffrey V. White, filed in support of the motion. [Dkt. Nos. 35-1, 35-2].

This case is dismissed with prejudice and the Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 27, 2015

VINCE CHHABRIA
United States District Judge